ADAM PAUL LAXALT
Attorney General
CAMERON P. VANDENBERG
Senior Deputy Attorney General
Nevada Bar No. 4356
DOMINIKA J. BATTEN
Deputy Attorney General
Nevada Bar No. 12258
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2103 (phone)
(775) 688-1100 (fax)
Email: cvandenberg@ag.nv.gov
           dbatten@ag.nv.gov

*Attorneys for Defendants*
*Nevada Department of Transportation,*
*Wilson Marshall, and Sonnie Braih*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENDRICK CRAWFORD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NEVADA DEPARTMENT OF TRANSPORTATION, a Department of the State of Nevada; WILSON MASHALL, an individual employed by the State of Nevada; and SONNIE BRAIH, an individual employed by the State of Nevada,<br><br>　　　　　Defendants. | Case No.  2:17-cv-00655-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff, KENDRICK CRAWFORD, by and through his counsel MARY F. CHAPMAN, and Defendants NEVADA DEPARTMENT OF TRANSPORTATION, a Department of the State of Nevada, WILSON MARSHALL and SONNIE BRAIH, individuals employed by the NEVADA DEPARTMENT OF TRANSPORTATION (NDOT), by and through legal counsel, ADAM PAUL LAXALT, Attorney General, CAMERON P. VANDENBERG, Senior Deputy Attorney General, and DOMINIKA J. BATTEN, Deputy

Attorney General, and pursuant to Local Rules IA 6-1 and IA 6-2, hereby stipulate and agree to extend by 30 days the time for Defendants to respond to Plaintiff's complaint. Therefore, the last day for Defendants to answer or otherwise respond to Plaintiff's complaint is April 10, 2017.

The current deadline for Defendants to respond to Plaintiff's complaint is March 10, 2017.

Counsel for Defendants seeks additional time because of pre-existing litigation/administrative obligations. Counsel's office is currently understaffed by three attorneys and additionally, Deputy Attorney General Batten was on substantial family medical leave until recently, and is out of the office on additional family medical leave from March 10 until March 14.

This is the first extension of time requested by Defendants to file their Answer.

Dated: March 7, 2017

ADAM PAUL LAXALT
Attorney General

By: /s/ *Dominika J. Batten*
    CAMERON P. VANDENBERG
    Sr. Deputy Attorney General
    Nevada State Bar No. 4356
    DOMINIKA J. BATTEN
    Deputy Attorney General
    Nevada State Bar No. 12258
    Office of the Attorney General
    5420 Kietzke Lane, Suite 202
    Reno, NV  89511

*Attorneys for Defendants*
*Nevada Department of Transportation,*
*Wilson Marshall, and Sonnie Braih*

Dated: March 7, 2017

LAW OFFICE OF MARY F. CHAPMAN, LTD.

By: /s/ *Mary F. Chapman*
    MARY F. CHAPMAN
    Nevada State Bar No. 6591
    8440 W. Lake Mead Blvd., Suite 203
    Las Vegas, NV  89128
*Attorney for Plaintiff*

I**T IS SO ORDERED.**

Dated this 10th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

2