1

2

3

4                            UNITED STATES DISTRICT COURT

5                                  DISTRICT OF NEVADA

6                                        * * *

7   KENDRICK CRAWFORD,                        Case No. 2:17-cv-00655-GMN-PAL

8                         Plaintiff,                      ORDER
         v.
9                                               (Mot WD Atty – ECF No. 22)
    NEVADA DEPARTMENT OF
10  TRANSPORTATION, et al.,

11                        Defendants.

12          Before the court is attorney Mary F. Chapman's Motion for Leave to Withdraw as Counsel

13   of Record for Plaintiff (ECF No. 22).  The motion states that not only has plaintiff failed to fulfill

14   her financial obligation to Ms. Chapman, but plaintiff has now stopped communicating with Ms.

15   Chapman making continued representation impossible.  Ms. Chapman therefore seeks to withdraw

16   as counsel of record.

17          Having reviewed and considered the matter, and for good cause shown,

18          **IT IS ORDERED** that:

19          1.  Mary F. Chapman's Motion for Leave to Withdraw as Counsel of Record (ECF No.

20              22) is **GRANTED**.

21          2.  The plaintiff shall have until **October 11, 2017**, in which to retain substitute counsel

22              who shall make an appearance in accordance with the requirements of the Local Rules

23              of Practice, or shall file a notice with the court that he will be appearing in this matter

24              *pro se*.

25          3.  Plaintiff's failure to timely comply with this order by either obtaining substitute

26              counsel, or filing a notice that he will be appearing in this matter *pro se* may result in

27              the imposition of sanctions, which may include a recommendation to the District Judge

28

                                               1

that plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at his last known address:

Kendrick Crawford
1711 Compton Street
Brandon, FL  33511

(561) 714-9816
Butch731275@comcast.net

DATED this 11th day of September, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE