TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorneys for Plaintiff*

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENDRICK CRAWFORD,

          Plaintiff,

vs.

NEVADA DEPARTMENT OF
TRANSPORTATION, A Department of the
State of Nevada; WILSON MARSHALL, an
individual employed by the State of Nevada;
AND SONNIE BRAIH, an individual
employed by the State of Nevada,

          Defendants.

CASE NO: 2:17-cv-00655-GMN-PAL

**STIPULATION AND ORDER
REQUESTING TIME FOR
PLAINTIFF TO RESPOND TO
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

**(First Request)**

      COMES NOW, Plaintiff KENDRICK CRAWFORD (hereinafter "Plaintiff"), by and

through his counsel, Trevor J. Hatfield, of Hatfield & Associates, Ltd., and Defendants

NEVADA DEPARTMENT OF TRANSPORTATION, WILSON MARSHALL, and SONNIE

BRAIH (hereinafter "Defendants"), by and through their counsel, Adam Paul Laxalt, Attorney

General, Cameron P. Vandenberg, Chief Deputy Attorney General, and Dominika Batten,

Deputy Attorney General, and do hereby stipulate and agree to an extension of time for Plaintiff

to respond to Defendants' Motion for Summary Judgment (ECF #30) that was filed on April 6,

2018. Accordingly, Plaintiff shall have up to and including May 11, 2018 to respond to

Defendants' Motion for Summary Judgment (ECF #30). The Opposition is currently due on

April 27, 2018.

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and is the parties' first request for an extension concerning an extension of the time for Plaintiff to respond to Defendant's Motion for Summary Judgment. The reason for the request is due to Plaintiff's attorney having been on a two-week vacation and travel for a settlement conference, this motion having been filed while he was on vacation, and just only recently having an opportunity to meet with Plaintiff to prepare a response to Defendants' motion.

Dated: April 26, 2018

HATFIELD & ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*
_____
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated: April 26, 2018

ADAM PAUL LAXALT
Attorney General

*/s/ Cameron P. Vandenberg*
_____
Cameron P. Vandenberg
Nevada Bar No. 4356
Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
cvandenberg@ag.nv.gov
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

DATED this ____26____ day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2018, I filed and served the parties'

**STIPULATION AND [PROPOSED] ORDER REQUESTING TIME FOR PLAINTIFF TO**

**RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (First Request)**

with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED:  26th day of April, 2018

By: _*Freda P. Brazier*_
        An employee of Hatfield & Associates, Ltd.