1  ADAM PAUL LAXALT
   Attorney General
2  CAMERON P. VANDENBERG
   Chief Deputy Attorney General
3  Nevada Bar No. 4356
4  DOMINIKA J. BATTEN
   Deputy Attorney General
5  Nevada Bar No. 12258
6  State of Nevada
   Office of the Attorney General
7  5420 Kietzke Lane, Suite 202
   Reno, NV  89511
8  (775) 687-2103 (phone)
9  (775) 688-1822 (fax)
   Email: cvandenberg@ag.nv.gov
10         dbatten@ag.nv.gov
11 *Attorneys for Defendants*
   *Nevada Department of Transportation,*
12 *Wilson Marshall, and Sonnie Braih*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENDRICK CRAWFORD,<br><br>             Plaintiff,<br><br>       vs.<br><br>NEVADA DEPARTMENT OF TRANSPORTATION, a Department of the State of Nevada; WILSON MASHALL, an individual employed by the State of Nevada; and SONNIE BRAIH, an individual employed by the State of Nevada,<br><br>             Defendants. | Case No.  2:17-cv-00655-GMN-PAL<br><br>**STIPULATION AND ORDER REQUESTING TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff, KENDRICK CRAWFORD (hereinafter "Plaintiff"), by and through his counsel Trevor J. Hatfield, of Hatfield & Associates, Ltd., and Defendants NEVADA DEPARTMENT OF TRANSPORTATION, a Department of the State of Nevada, WILSON MARSHALL and SONNIE BRAIH, individuals employed by the NEVADA DEPARTMENT OF TRANSPORTATION (NDOT), by and through legal counsel, Adam Paul Laxalt, Attorney General, Cameron P. Vandenberg, Chief Deputy Attorney General, and Dominika J. Batten,

1

Deputy Attorney General, and do hereby stipulate and agree to an extension of time for Defendants to reply to Plaintiff's Response to Defendants' Motion for Summary Judgment (ECF #35) that was filed on May 11, 2018. Defendants' reply is currently due on May 25, 2018.

This request is submitted pursuant to LR IA 6-1, 6-2, and LR 7-1 and is the parties' first request for an extension of time for Defendants to file their reply to Plaintiff's Response to Defendants' Motion for Summary Judgment (ECF #35). The parties make this request because Defendants' counsel was out of the office for three weeks of emergency family leave, returning to work last week. Additionally, to facilitate settlement negotiations, the parties seek to further extend the time for Defendants to file their reply to fourteen days after the parties attend the settlement conference scheduled by the Court (ECF #36) for July 11, 2018, before Magistrate Judge Peggy A. Leen. Accordingly, NDOT shall have up to and including July 25, 2018, to reply to Plaintiff's Response to Defendants' Motion for Summary Judgment (ECF #35).

| | |
|---|---|
| Dated: May 23, 2018 | Dated: May 23, 2018 |
| ADAM PAUL LAXALT<br>Attorney General | HATFIELD & ASSOCIATES, LTD. |
| By: /s/ *Dominika J. Batten*<br>CAMERON P. VANDENBERG<br>Chief Deputy Attorney General<br>Nevada State Bar No. 4356<br>DOMINIKA J. BATTEN<br>Deputy Attorney General<br>Nevada State Bar No. 12258<br>Office of the Attorney General<br>5420 Kietzke Lane, Suite 202<br>Reno, NV 89511<br>*Attorneys for Defendants* | By: /s/ *Trevor J. Hatfield*<br>TREVOR J. HATFIELD, ESQ.<br>Nevada State Bar No. 7373<br>703 S. Eighth St.<br>Las Vegas, NV 89101<br>(702) 388-4469 Tel<br>(702) 386-9825 Fax<br>thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __23__ day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

2