1  ADAM PAUL LAXALT
   Attorney General
2  CAMERON P. VANDENBERG
   Chief Deputy Attorney General
3  Nevada Bar No. 4356
4  DOMINIKA J. BATTEN
   Deputy Attorney General
5  Nevada Bar No. 12258
6  State of Nevada
   Office of the Attorney General
7  5420 Kietzke Lane, Suite 202
   Reno, NV  89511
8  (775) 687-2103 (phone)
9  (775) 688-1822 (fax)
   Email: cvandenberg@ag.nv.gov
10         dbatten@ag.nv.gov
11 *Attorneys for Defendants*
   *Nevada Department of Transportation,*
12 *Wilson Marshall, and Sonnie Braih*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KENDRICK CRAWFORD,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF TRANSPORTATION, a Department of the State of Nevada; WILSON MASHALL, an individual employed by the State of Nevada; and SONNIE BRAIH, an individual employed by the State of Nevada,<br><br>Defendants. | Case No.  2:17-cv-00655-GMN-PAL<br><br>**STIPULATION AND ORDER REQUESTING TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Plaintiff, KENDRICK CRAWFORD (hereinafter "Plaintiff"), by and through his counsel Trevor J. Hatfield, of Hatfield & Associates, Ltd., and Defendants NEVADA DEPARTMENT OF TRANSPORTATION, a Department of the State of Nevada, WILSON MARSHALL and SONNIE BRAIH, individuals employed by the NEVADA DEPARTMENT OF TRANSPORTATION (NDOT), by and through legal counsel, Adam Paul Laxalt, Attorney General, Cameron P. Vandenberg, Chief Deputy Attorney General, and Dominika J. Batten,

1

1  Deputy Attorney General, and do hereby stipulate and agree to an extension of time for
2  Defendants to reply to Plaintiff's Response to Defendants' Motion for Summary Judgment
3  (ECF #35) that was filed on May 11, 2018. Defendants' reply is currently due on July 25, 2018.
4        This request is submitted pursuant to LR IA 6-1, 6-2, and LR 7-1 and is the parties'
5  second request for an extension of time for Defendants to file their reply to Plaintiff's Response
6  to Defendants' Motion for Summary Judgment (ECF #35). Defendants' reply was originally
7  due on May 25, 2018, and on May 23, 2018, the Court issued an order granting the parties'
8  stipulation to extend the reply due date to July 25, 2018 (ECF #38) (to allow the parties to first
9  attend the July 11, 2018, settlement conference). Following the settlement conference, the
10 parties continued settlement discussion, but on July 18, 2018, the parties determined they were
11 unable to reach a settlement. Accordingly, Defendants seek an additional week, up to and
12 including August 1, 2018, to reply to Plaintiff's Response to Defendants' Motion for Summary
13 Judgment (ECF #35).

| Dated: July 19, 2018 | Dated: July 19, 2018 |
|---|---|
| ADAM PAUL LAXALT<br>Attorney General | HATFIELD & ASSOCIATES, LTD. |
| By: /s/ *Dominika J. Batten*<br>   CAMERON P. VANDENBERG<br>   Chief Deputy Attorney General<br>   Nevada State Bar No. 4356<br>   DOMINIKA J. BATTEN<br>   Deputy Attorney General<br>   Nevada State Bar No. 12258<br>   Office of the Attorney General<br>   5420 Kietzke Lane, Suite 202<br>   Reno, NV 89511<br>*Attorneys for Defendants* | By: /s/ *Trevor J. Hatfield*<br>   TREVOR J. HATFIELD, ESQ.<br>   Nevada State Bar No. 7373<br>   703 S. Eighth St.<br>   Las Vegas, NV 89101<br>   (702) 388-4469 Tel<br>   (702) 386-9825 Fax<br>   thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __4__ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

2